Form offinst (10/2006)

# UNITED STATES BANKRUPTCY COURT
Western District of Washington
700 Stewart St, Room 6301
Seattle, WA 98101

In Re:

Mary Alice Crooks

Debtor(s).

Case Number: 09–16168–PHB
Chapter: 13

## ORDER APPROVING PAYMENT OF FILING FEES IN INSTALLMENTS

IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the application. The filing fees must be paid in full by **October 22, 2009.**

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Dated: June 24, 2009

Mark L. Hatcher
Clerk of the Bankruptcy Court

By: Patty Richling
Deputy Clerk