B6C (Official Form 6C) (12/07)

In re **Mary Alice Crooks**, Case No. **09-16168**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 3427 S 184th St, Seattle WA | Wash. Rev. Code §§ 6.13.010, 6.13.020, 6.13.030 | 40,000.00 | 40,000.00 |
| (manufactured home on rented land) | | | |
| **Cash on Hand** | | | |
| Cash on hand | Wash. Rev. Code § 6.15.010(3)(b) | 60.00 | 60.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Port of Seattle Federal Credit Union savings account with Father | Wash. Rev. Code § 6.15.010(3)(b) | 853.32 | 853.32 |
| Port of Seattle Federal Credit Union checking account | Wash. Rev. Code § 6.15.010(3)(b) | 756.95 | 756.95 |
| **Household Goods and Furnishings** | | | |
| Household goods and furnishings | Wash. Rev. Code § 6.15.010(3)(a) | 1,500.00 | 1,500.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books, pictures and other collectibles | Wash. Rev. Code § 6.15.010(2) | 600.00 | 600.00 |
| **Wearing Apparel** | | | |
| Wearing apparel | Wash. Rev. Code § 6.15.010(1) | 150.00 | 150.00 |
| **Furs and Jewelry** | | | |
| Bracelets, rings, | Wash. Rev. Code § 6.15.010(1) | 1,000.00 | 1,000.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Hobby equipment, yarn, knitting needles | Wash. Rev. Code § 6.15.010(3)(b) | 0.00 | 150.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2006 Saturn Vue | Wash. Rev. Code § 6.15.010(3)(c) | 2,500.00 | 9,000.00 |
| | Wash. Rev. Code § 6.15.010(3)(b) | 329.73 | |
| (market value less 10% cost of sale) | | | |
| | Total: | 47,750.00 | 54,070.27 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037  Best Case Bankruptcy