UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY ALICE CROOKS,

        Debtor(s).

CHAPTER 13

Case No. 09-16168

PROOF OF SERVICE

I, SAVITRI NGUYEN, certify that on AUGUST 3, 2009, I mailed a copy of the Debtors' Amended Chapter 13 Plan, in the above matter, *electronically* to the Chapter 13 Trustee, US Trustee and Debtors; and via US Mail to the creditors on the Mailing Matrix.

DATED: **August 3, 2009**         */s/ Savitri Nguyen*
                                                  Savitri Nguyen
                                                  Paralegal