210B (10/06)

# United States Bankruptcy Court

Western District of Washington
Case No. 09-16168-PHB
Chapter 13

In re: Debtor(s) (including Name and Address)

Mary Alice Crooks
3427 S 184th St
Seattle WA 98188

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/06/2009.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Chase Bank USA, N.A. by eCAST Settlement, Corporation, as its agent, POB 35480, Newark, NJ 07193-5480 | eCAST Settlement Corporation<br>POB 35480<br>Newark, NJ 07193-5480 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/08/09

Mark L. Hatcher
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0981-2         User: admin              Page 1 of 1             Date Rcvd: Oct 06, 2009
Case: 09-16168               Form ID: trc             Total Noticed: 1
```

The following entities were noticed by first class mail on Oct 08, 2009.
952004428       Chase Bank USA, N.A. by eCAST Settlement,   Corporation, as its agent,   POB 35480,
                 Newark, NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 08, 2009**                        **Signature:**    _Joseph Speetjens_