Jeffrey E. Foster
Law Offices of Jeffrey E. Foster, PLLC
Seattle, WA 98104
Tel: 206 903-1836 Fax: 206 903-1837

Tel: 206 903-1836
Fax: 206 903-1837

HONORABLE PHILIP H. BRANDT
CHAPTER 13
Hearing Date: November 12, 2009
Hearing Time: 9:00 AM
Hearing Location: Seattle
Response Date: November 5, 2009

UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY ALICE CROOKS,

    Debtor.

Case No. 09-16168

**ORDER** CONFIRMING SECOND AMENDED CHAPTER 13 PLAN

THIS MATTER having come before the court on Debtor's Motion to Confirm Second Amended Chapter 13 Plan, and the Court having heard the arguments, if any, for and against confirmation of the plan proposed herein, and having heard the Trustee's recommendations concerning the plan, the Court does therefore hereby ORDER:

1. That subject to the terms of this order, the plan proposed by the Debtor dated September 23, 2009, is hereby confirmed;

2. That the debtor shall incur no additional debt except after obtaining prior court permission;

3

CONFIRM AMENDED PLAN

FOSTER LAW OFFICES
720 3rd Ave. #2010
Seattle, WA 98104
Tel: (206) 903-1836; Fax: (206) 903-1837

4. That the debtor shall inform the Trustee of any changes in circumstances, or receipt of additional income, and shall further comply with any requests of the Trustee with respect to additional financial information the Trustee may require;

5. That the Trustee shall charge such percentage fee as may periodically be fixed by the Attorney General pursuant to 28 U.S.C. section 586(3);

6. That during the pendency of the plan hereby confirmed, all property of the estate, as defined by 11 U.S.C. section 1306(a), shall remain vested in the debtors, under the exclusive jurisdiction of the Court, and further, that the debtors shall not, without specific approval of the Court, lease, sell, transfer, encumber or otherwise dispose of such property.

Dated:

THE HONORABLE PHILIP H BRANDT

Presented by:

*/s/Jeffrey E. Foster*
Jeffrey A. Foster, WSBA #31650
Attorney for Debtor

CONFIRM AMENDED PLAN

4

FOSTER LAW OFFICES
720 3rd Ave. #2010
Seattle, WA 98104
Tel: (206) 903-1836; Fax: (206) 903-1837