UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY ALICE CROOKS,

           Debtor(s).

CHAPTER 13

Case No. 09-16168

PROOF OF SERVICE

I, SAVITRI NGUYEN, certify that on October 12, 2009, I mailed a copy of the Debtor's Motion and Notice to Approve the Amended Plan, in the above matter, *electronically* to the Chapter 13 Trustee, US Trustee and Debtor; and via US Mail to the creditors on the Mailing Matrix.

DATED: **October 12, 2009**       */s/ Savitri Nguyen*
                                                    Savitri Nguyen
                                                    Paralegal