Jeffrey E. Foster
Law Offices of Jeffrey E. Foster, PLLC
Seattle, WA 98104
Tel: 206 903-1836 Fax: 206 903-1837

HONORABLE PHILIP H. BRANDT
CHAPTER 13
Hearing Date: November 12, 2009
Hearing Time: 9:00 AM
Hearing Location: Seattle
Response Date: November 5, 2009

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

MARY ALICE CROOKS

    Debtors.

)
) CHAPTER 13
)
) No. 09-16168
)
) NOTICE OF HEARING
)
)
)

## **NOTICE OF HEARING**

YOU ARE HEREBY NOTIFIED that the foregoing motion will be heard before Judge Philip H Brandt, courtroom 8106, 700 Stewart St, Seattle, WA 98101, on November 12, 2009, at the hour of 9:00 a.m. Any objections should be served to above-referenced Debtors' attorney no later than November 5, 2009. If no response is filed, relief sought herein may be granted and an Order entered accordingly.

DATED: October 12, 2009

              By: //s/ **Jeffrey E. Foster**
                Jeffrey E. Foster, WSBA #31650

                Attorney for Debtors

MOTION TO REFINANCE

1

FOSTER LAW OFFICES
720 3rd Ave. #2010
Seattle, WA 98104
Tel: (206) 903-1836; Fax: (206) 903-1837