Certificate Number: 11419-WAW-DE-009227090

Bankruptcy Case Number: 09-16168

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on December 6, 2009, at 1:54 o'clock PM CST, Mary Alice Crooks completed a course on personal financial management given by internet by 0 Worries Financial Education, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Washington.

Date: December 6, 2009

By /s/Jennifer A. Reiter

Name Jennifer A. Reiter

Title Instructor