B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

In re ___MARY CROOKS___,  Case No. ___09-16168___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| CR Evergreen, LLC | GE Consumer Finance For GE Money Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
CR Evergreen, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Court Claim # (if known): ___10___
Amount of Claim: ___1344.51___
Date Claim Filed: ___10/28/2009___

Phone: ___(866)670-2361___
Last Four Digits of Acct #: ___5138___

Phone: ___(866)670-2361___
Last Four Digits of Acct. #: ___5138___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ LINH K. TRAN___  Date: ___12/21/2009___
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.