210B (12/09)

# United States Bankruptcy Court

Western District of Washington
Case No. 09-16168-PHB
Chapter 13

In re: Debtor(s) (including Name and Address)

Mary Alice Crooks
3427 S 184th St
Seattle WA 98188

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/22/2009.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: GE Consumer Finance, For GE Money Bank, dba LA-Z BOY FURNITURE GALLERIES/GEMB, PO Box 960061, Orlando FL 32896-0661 | CR Evergreen, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   12/25/09

Mark L. Hatcher
**CLERK OF THE COURT**

# CERTIFICATE OF NOTICE

```
District/off: 0981-2          User: renatoc            Page 1 of 1              Date Rcvd: Dec 23, 2009
Case: 09-16168                Form ID: trc             Total Noticed: 1

The following entities were noticed by first class mail on Dec 25, 2009.
  NO NOTICES MAILED.

The following entities were noticed by electronic transmission on Dec 23, 2009.
952074888      E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2009 02:16:58      GE Consumer Finance,
               For GE Money Bank,   dba LA-Z BOY FURNITURE GALLERIES/GEMB,   PO Box 960061,
               Orlando FL 32896-0661
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2009**          **Signature:** *Joseph Speetjens*