Judge: Samuel J. Steiner  
Chapter: 13

United States Bankruptcy Court  
Western District of Washington at Seattle

In RE:  Chapter 13 Case # 09-16168  
Mary Alice Crooks  
3427 S 184Th St  
Seattle,Wa 98188

Debtor(s)

### Chapter 13 Trustee's Report of Filed Claims
January 13, 2010

The office of the Chapter 13 Trustee reports that both the governmental and non-governmental bar dates have expired in the above-encaptioned case. The Trustee's staff has examined the schedules of debts filed in this case as well as the records of the Clerk of the United States Bankruptcy Court. Based upon that examination, the Trustee's office submits the following report of the names and addresses of the creditors who have timely filed a proof of claim in this case, together with the amount set forth on each such claim. Scheduled creditors who have failed to timely file a proof of claim are also listed.

K. Michael Fitzgerald  
Chapter 13 Trustee

Chapter 13 Case No. 09-16168

| Name and Address of Creditor | Amount | Classification | |
|---|---|---|---|
| Clerk Of Bankruptcy Court<br>Finance Dept   Us Court House<br>700 Stewart St, 6Th Flr #6301<br>Seattle,WA 98101<br>200000        1 / 0000 | $260.00 | Filing Fee<br><br>Comm:<br>Acct #<br>Pay: 100.00% | Int%:  0.00 |
| Cr Evergreen Llc<br>Po Box 91121<br>Ms 550<br>Seattle,WA 98111-9221<br>              40 / 0005 | $1,344.51 | Unsecured<br><br>Comm: LAZ Boy Furniture/GE Consumer<br>Acct # 5138<br>Pay: 0.00% | Int%:  0.00 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark,NJ 07193-5480<br>155679        40 / 0001 | $21,982.70 | Unsecured<br><br>Comm: Chase<br>Acct # X3190<br>Pay: 0.00% | Int%:  0.00 |
| Ecast Settlement Corp<br>Po Box 35480<br>Newark,NJ 07193-5480<br>155679        40 / 0003 | $3,624.56 | Unsecured<br><br>Comm: Chase<br>Acct # X1376<br>Pay: 0.00% | Int%:  0.00 |

| Creditor | Amount | Status |
|---|---|---|
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0004 | $3,658.68 | Unsecured<br><br>Comm: GEMB/JCPenney<br>Acct # 8108<br>Pay: 0.00%          Int%:   0.00 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0002 | $10,483.61 | Unsecured<br><br>Comm: Chase<br>Acct # 2887<br>Pay: 0.00%          Int%:   0.00 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0006 | $2,979.94 | Unsecured<br><br>Comm: GEMB/Lowes<br>Acct # 6932<br>Pay: 0.00%          Int%:   0.00 |
| Portfolio Recovery Assoc<br>Po Box 12914<br>Norfolk,VA 23541<br>352291    40 / 0009 | $9,674.35 | Unsecured<br><br>Comm: Sears<br>Acct # xxxxxxxxxxxx4141<br>Pay: 0.00%          Int%:   0.00 |
| Recovery Management Systems Corp<br>25 Se 2Nd Ave #1120<br>Miami,FL 33131<br>           40 / 0007 | $449.29 | Unsecured<br><br>Comm: QCard<br>Acct # 8021<br>Pay: 0.00%          Int%:   0.00 |
| Roundup Funding Llc<br>Po Box 91121 Ms 550<br>Seattle,WA 98111-9221<br>           40 / 0008 | $4,745.42 | Unsecured<br><br>Comm: My World<br>Acct # xxxxxxxxxxxx8325<br>Pay: 0.00%          Int%:   0.00 |
| Synergy Mediation Corp (Original Cr<br>Po Box 556<br>Roseville,CA 95678<br>           40 / 0010 | $0.00 | Not Filed<br><br>Comm: Super Supplements<br>Acct # xxxxxxx6643<br>Pay: 0.00%          Int%:   0.00 |
| Us Treasury/Irs<br>Po Box 21126<br>Philadelphia,PA 19114<br>018386    98 / 0012 | $0.00 | Notice Only<br><br>Comm: 06~07 Tax Returns<br>Acct #<br>Pay: 0.00%          Int%:   0.00 |
| Weinstein And Riley Ps<br>Po Box 3978<br>Seattle,WA 98124<br>           40 / 0011 | $8,329.30 | Unsecured<br><br>Comm: Target<br>Acct # xxxxxxxxxxxx9702<br>Pay: 0.00%          Int%:   0.00 |

**Total Claimed Amount:    $67,532.36**

To Debtor:

Shown above is a report of your creditors' names and addresses, and the amounts of their claims. The above figures do not reflect any payments and may not be the current balances. They are the ORIGINAL amounts shown on the proofs of claim filed by your creditors. This list is not an audit and does not include the Trustee's administrative charges, although it does include your attorney's fees, if any, paid through the plan.

Please check this report carefully. If you dispute any amounts claimed by your creditors you must contact your attorney. A copy of this report has been forwarded to your attorney.

Pursuant to rule 3007-1(b) of the local rules of bankruptcy procedure, objections to claims must be filed and served no later than ninety (90) days after January 13, 2010, the date the Chapter 13 Trustee's report of filed claims is filed. (See also rules 3007 and 9006(f) federal rules of bankruptcy procedure and rule 9013-1 local rules of bankruptcy procedures).

Within that ninety (90) day period and in the absence of written objections, the Trustee will distribute funds pursuant to the plan. Therefore disputed claims may receive disbursements until a written objection is filed.

You must contact your attorney immediately if you have questions or concerns.

The claim numbers assigned by this office are not the official claim numbers. Please refer to the claim numbers displayed

January 13, 2010

CC: Foster Law Office
     720 3Rd Ave #2010
     Seattle,WA 98104

K. Michael Fitzgerald, Trustee
Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
www.seattlech13.com
Phone: (206) 624-5124
Fax:(206) 624-5282