Form 210A (10/06)

# United States Bankruptcy Court
# Western District Of Washington (Seattle)

In Re: MARY CROOKS   Case No. 09-16168

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Transferee | Transferor |
|---|---|
| Oak Harbor Capital, LLC<br>c/o Weinstein & Riley, P.S. | Target National Bank |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): |
|---|---|
| Oak Harbor Capital, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121 | Amount of Claim: $8329.30<br>Date Claim Filed: July 20, 2009 |

Phone: (877) 332-3543
Last Four Digits of Acct #: XXXXXXXXXXXX9702

| Name and Address where transferee payments should be sent: | Phone: |
|---|---|
| Oak Harbor Capital, LLC<br>c/o Weinstein & Riley, P.S.<br>PO Box 3978<br>Seattle, WA 98124 | Last Four Digits of Acct #:<br>XXXXXXXXXXXX9702 |

Phone: (877) 332-3543
Last Four Digits of Acct #: XXXXXXXXXXXX9702

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Richard S. Ralston, WA Bar No. 8546
Date: April 8, 2010
Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. 152 ̱3571*

Form 210B (10/06)

# United States Bankruptcy Court
# Western District Of Washington (Seattle)

In Re: MARY CROOKS          Case No. 09-16168

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No.      (if known) was filed or deemed filed under 11 U.S.C. 1111 (a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on April 8, 2010.

| Transferor | Transferee |
|---|---|
| Target National Bank | Oak Harbor Capital, LLC<br>c/o Weinstein & Riley, P.S. |

Name and Address where notices to transferee should be sent:

Oak Harbor Capital, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

Address of Alleged Transferor
Target National Bank
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121

**DEADLINE TO OBJECT TO TRANSFER**

The alleged Transferor of the claim is hereby notified that objections must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: _____      _____
                                                  **CLERK OF THE COURT**

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.
18 U.S.C. 152 _3571*