**IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

|  |  |
|---|---|
| In Re: <br><br> ALL CASES | Case No. <br> NOTICE OF ATTORNEY ADDRESS CHANGE |

**PLEASE TAKE NOTICE** that the undersigned attorneys have moved to a new location effective June 11, 2010.

It is further noticed that all future pleadings and papers filed in the above-referenced cases be served upon counsel at:

**720 3rd Ave. Suite 1605**
**Seattle, WA 98104**

**/s/Jeffrey E. Foster**

**Jeffrey E. Foster, WSBA #31650**

**/s/ Sara Kiviat**

**Sara Kiviat, WSBA #42076**

1

CHANGE OF ADDRESS

FOSTER LAW OFFICES
720 3rd Ave. #2010
Seattle, WA 98104
Tel: (206) 903-1836; Fax: (206) 903-1837