IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 09-16168 |
| | Chapter 13 |
| MARY ALICE CROOKS, | |
| Debtor(s). | REQUEST FOR SPECIAL NOTICE |

TO THE CLERK AND ALL PARTIES:

Pursuant to Federal Rule of Bankruptcy Procedure 2002(g)(1), the undersigned, B-Line,

LLC, hereby notifies the Court, Debtor(s), Trustee, and interested parties in the above entitled

bankruptcy case that all notices given or required to be given and all papers served or required to

be served in this case be also given to and served, whether electronically or otherwise, on:

B-Line, LLC
Attn: Steven Kane
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com


Linh K. Tran is no longer associated with B-Line in this bankruptcy case.

Dated this 17th day of June_____ 2011.

/s/ Steven G. Kane_____
Steven G. Kane
Agent for B-Line, LLC
P.O. Box 91121
Dept. 550
Seattle, WA 98111-9221
Phone: 866-670-2361
Fax: 206-239-1958
Email: bline.chapter13@blinellc.com