Judge: Timothy W. Dore
Chapter: 13
Hearing Date: February 15, 2012
Hearing Time: 9:30 a.m.
Hearing Location:
U.S. Bankruptcy Court
700 Stewart St #8106
Seattle, WA 98101
Response Date: February 08, 2012

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARY ALICE CROOKS,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 09-16168-TWD

NOTICE OF MOTION
AND HEARING

PLEASE TAKE NOTICE that the Chapter 13 Trustee's **Motion for Post-Confirmation Modification of Plan** IS SET FOR HEARING as follows:

    Judge:    Timothy W. Dore
    Place:    U.S. Bankruptcy Court
                700 Stewart St #8106
                Seattle, WA 98101
    Date:     February 15, 2012
    Time:    9:30 a.m.

IF YOU OPPOSE the motion, you must file your **written response** with the Court Clerk and serve two (2) copies on the Chapter 13 Trustee NOT LATER THAN THE RESPONSE DATE, which is **February 08, 2012.**

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Date: December 9, 2011

                        */s/ Jason Wilson-Aguilar*, WSBA #33582 for
                        K. MICHAEL FITZGERALD
                        Chapter 13 Trustee