IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARY ALICE CROOKS,

Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 09-16168-TWD

*Proposed*
ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN

THIS MATTER having come before the Court upon the Chapter 13 Trustee's motion for post-confirmation modification of plan, proper notice having been given, and the Court having examined the files and records, having heard any argument of counsel, and being fully advised, it is

ORDERED that:

1) The debtor's confirmed Chapter 13 plan is modified such that debtor must pay allowed unsecured claims in full (100%) prior to receiving a discharge;

2) By March 1, 2012, the debtor must tender sufficient funds to the Trustee to pay allowed unsecured claims in full (100%); and

3) The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with this order.

/ / /End of Order/ / /

ORDER APPROVING POST-
CONFIRMATION MODIFICATION
OF PLAN - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

| | |
|---|---|
| 1 | Presented by: |
| 2 | */s/ K. Michael Fitzgerald* <br> K. MICHAEL FITZGERALD, WSBA #8115 |
| 3 | Chapter 13 Trustee <br> 600 University St. #2200 |
| 4 | Seattle, WA 98101-4100 <br> (206) 624-5124 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| ... | |
| 28 | |

ORDER APPROVING POST-
CONFIRMATION MODIFICATION
OF PLAN - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282