**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| In Re: MARY ALICE CROOKS, Debtor. | IN CHAPTER 13 PROCEEDING NO. 09-16168 DECLARATION OF MAILING |
|---|---|

Diana Spak Mccann states as follows:

I am employed by K. Michael Fitzgerald, Chapter 13 Trustee for the above-numbered case. I am over the age of eighteen years, and am competent to testify in this matter.

On the 12th day of December, 2011, I served a copy of Motion for Post-Confirmation Modification of Plan on the parties listed below via United States First Class Mail and/or ECF, as specified:

**Via ECF on the date the pleading was filed:**

Foster Law Office

**Via United States First Class Mail on December 12, 2011:**

Mary Alice Crooks
3427 S 184th St
Seattle, WA 98188

CR Evergreen LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Oak Harbor Capital LLC
c/o Weinstein & Riley PS
2001 Western Ave Suite 400
Seattle, WA 98121

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541

Dated this 12th day of December 2011.

*/s/ Diana Spak Mccann*
Diana Spak Mccann

Chapter 13 Bankruptcy Trustee
600 University St. #2200
Seattle,WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com