```
                         United States Bankruptcy Court
                          Western District of Washington
```

In re:                                                              Case No. 09-16168-TWD
Mary Alice Crooks                                                   Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0981-2          User: renatoc              Page 1 of 2              Date Rcvd: Dec 22, 2011
                              Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2011.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 952179539     E-mail/Text: resurgentbknotifications@resurgent.com Dec 23 2011 02:47:19     CR Evergreen, LLC,
                MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 24, 2011**                **Signature:**       *Joseph Speetjens*

District/off: 0981-2          User: renatoc              Page 2 of 2                Date Rcvd: Dec 22, 2011
                              Form ID: trc               Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2011 at the address(es) listed below:
              Jeffrey E Foster     on behalf of Debtor Mary Crooks jeff@fosterlawoffices.com,
               sara@fosterlawoffices.com;jenna@fosterlawoffices.com
              K Michael Fitzgerald     courtmail@seattlech13.com
              United States Trustee     USTPRegion18.SE.ECF@usdoj.gov
                                                                                             TOTAL: 3

210B (12/09)

# United States Bankruptcy Court

Western District of Washington
Case No. 09-16168-TWD
Chapter 13

In re: Debtor(s) (including Name and Address)

Mary Alice Crooks
3427 S 184th St
Seattle WA 98188

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2011.

Name and Address of Alleged Transferor(s):

Claim No. 10: CR Evergreen, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221

Name and Address of Transferee:

East Bay Funding, LLC
c/o Resurgent Capital Services
PO Box 288
Greenville, SC 29603

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/24/11

Mark L. Hatcher
**CLERK OF THE COURT**