Jeffrey E. Foster
Attorney at Law
720 3rd Ave. #1605
Seattle, WA 98104
Ph: (206) 903-1836
Fax: (206) 903-1837

HONORABLE TIMOTHY W. DORE
Chapter 13
Hearing Date: February 15, 2012
Response Due: February 8, 2012

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARY ALICE CROOKS,

Debtor.

Case No: 09-16168-TWD
Chapter 13

DECLARATION OF MARY ALICE CROOKS IN SUPPORT OF THE DEBTOR'S RESPONSE TO THE TRUSTEE'S MOTION TO MODIFY

The undersigned declares, under the penalty of perjury, as follows:

1. My name is Mary Alice Crooks and I am the Debtor in this Chapter 13 bankruptcy case.

2. I am 70 years of age. My sole source of income is social security. I receive $1,077.00 per month in social security payments. I have no pension, 401(k), IRA or other retirement account. I have complied with my Chapter 13 plan and am current on plan payments.

3. I filed Chapter 13 in order to avoid the sale of my vehicle in Chapter 7. At the time of filing, my father resided in an assisted living facility in West Seattle called Daystar. Prior to my father's death, I was my father's only living child/relative.

1

DECLARATION

FOSTER LAW OFFICES
720 3rd Ave. #1605
Seattle, WA 98104
Tel: (206) 903-1836; Fax: (206) 903-1837

4.  Based on the nature of his care, my father relied upon me to provide transportation for doctor's appointments, grocery and shopping trips, recreational outings, and all of his transportation needs. I took great pride in the care I provided for my father.

5.  On October 15, 2011 my father died. As the sole beneficiary of his estate, I will be receiving an inheritance of approximately $100,000.00. I contacted the Trustee on December 2, 2011 to advise him of the inheritance.

6.  I respectfully request the Court to allow me to retain the inheritance to provide for my future medical needs and living expenses. If the Court denies my request to keep the inheritance, I respectfully request that the Court allow me to dismiss this Chapter 13 and negotiate with my creditors directly.

DATED this 31st day of January, 2012 at Seattle, WA

*Mary Alice Crooks*
Mary Alice Crooks

2

DECLARATION

FOSTER LAW OFFICES
720 3rd Ave. #1605
Seattle, WA 98104
Tel: (206) 903-1836; Fax: (206) 903-1837