IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

MARY ALICE CROOKS,

        Debtor(s).

IN CHAPTER 13 PROCEEDING
NO. 09-16168-TWD

ORDER APPROVING POST-CONFIRMATION MODIFICATION OF PLAN

THIS MATTER came before the Court on the Chapter 13 Trustee's motion for post-confirmation modification of plan (Docket No. 36) and the debtor's response to that motion (Docket No. 40). Based on the stipulation of the parties, it is

ORDERED that:

1) The debtor's confirmed Chapter 13 plan is modified to provide that, in addition to debtor's other obligations under the plan, the debtor must also pay $30,000.00 from her inheritance to the Trustee by March 1, 2012. The Trustee shall disburse that $30,000.00 (less his fee) to allowed unsecured claims;

2) The debtor shall not receive a discharge until she has paid the $30,000.00 from her inheritance to the Trustee, in addition to her other obligations under the confirmed plan; and

3) The terms of the previously entered Order Confirming Chapter 13 Plan shall continue to apply except to the extent such terms are inconsistent with this order.

/ / /End of Order/ / /

ORDER APPROVING POST-
CONFIRMATION MODIFICATION
OF PLAN - 1

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Presented by:

*/s/ K. Michael Fitzgerald*
K. MICHAEL FITZGERALD, WSBA #8115
Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124

Approved:

*/s/ Jeffrey E. Foster* [approved by email]
Jeffrey E. Foster, WSBA #31650
Attorney for Debtor

ORDER APPROVING POST-
CONFIRMATION MODIFICATION
OF PLAN - 2

Chapter 13 Trustee
600 University St. #2200
Seattle, WA 98101-4100
(206) 624-5124 FAX 624-5282

Case 09-16168-TWD    Doc 42    Filed 02/14/12    Ent. 02/14/12 14:31:01    Pg. 2 of 2